**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

     **Plaintiff(s)**

        **v.**

RAY DUARTE,

     **Defendant(s)**

**CRIMINAL NO.** 05-15 (JAG)

**ORDER**

Because no objections were filed within the prescribed time period, the Court hereby **ADOPTS** the Magistrate-Judge's Report and Recommendation (Docket No. 29) in its entirety.  Accordingly, the Court accepts Duarte's plea of guilty.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of April 2005.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge